1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERICA AVILA, et al.,                         No.  2:14-cv-2284 TLN CKD (TEMP)

12            Plaintiffs,

13       v.                                        ORDER

14    DANIEL MACIEJEWSKI, et al.,

15            Defendants.

16

17          On November 30, 2015, defendants Daniel Maciejewski and Savage Logistics, LLC, filed

18    an ex parte application for an order compelling the depositions of Erik Simonsen, Aaron LeGasse

19    and North Coast Fabricators' Rule 30(b)(6) designee[s] prior to the December 3, 2015 discovery

20    deadline in this action.  (Dkt. No. 28.)  There is not sufficient time for the undersigned to consider

21    and grant defendants' request prior to the December 3, 2015 deadline.

22          However, on November 19, 2015, defendants filed a motion to compel these same

23    depositions.  (Dkt. No. 23.)  The assigned District Judge referred all the contents of that motion

24    "including discovery deadlines that may influence the Court's Pretrial Scheduling Order," to the

25    undersigned.  (Dkt. No. 24.)  Defendants' motion is currently noticed for hearing before the

26    undersigned on December 23, 2015.  (Dkt. No. 25.)  Moreover, on November 24, 2015, the

27    parties filed a stipulation for "a limited extension of fact discovery" to allow the parties to "hold

28    the depositions of Aaron LaGasse, Eric Simonsen and the four 'persons most knowledgeable ...'"

1

1   (Dkt. No. 26 at 3.)

2       In this regard, although there is not sufficient time for the undersigned to consider

3   defendants' ex parte request, the undersigned is authorized to hear defendants' motion to compel

4   and consider reopening discovery, if appropriate, to allow for the depositions at issue.  Moreover,

5   it appears that the parties' stipulation, currently under consideration by the assigned District

6   Judge, may resolve their dispute.

7       Accordingly, IS IT HEREBY ORDERED that defendants' November 30, 2015 ex parte

8   application (Dkt. No. 28) is denied.

9   Dated:  December 2, 2015

10  _____
    CAROLYN K. DELANEY
11  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  BVD/avila2284.exparte.den.ord.docx

2