JENNIFER J. CAPABIANCO (SBN 193371)
jcapabianco@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendant, NORTH COAST
FABRICATORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AVILA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; ERICA AVILA, AS PARENT AND GUARDIAN AD LITEM FOR CB; ERICA AVILA, AS PARENT AND GUARDIAN AD LITEM FOR MB; AND PAUL AVILA , <br><br>    Plaintiffs, <br><br>    v. <br><br>DANIEL MACIEJEWSKI, SAVAGE LOGISTICS, LLC, and NORTH COAST FABRICATORS, INC., <br><br>    Defendants. | No. 2: 14-cv-2284- TLN CKD (TEMP) <br><br> STIPULATION AND ORDER FOR LIMITED EXTENSION OF FACT DISCOVERY |

The parties to this action, by and through their counsel of record, hereby stipulate to a limited extension of fact discovery for the purpose of completing depositions of those witnesses for whom deposition notices were served prior to discovery cut-off.

**I. PROCEDURAL HISTORY**

On April 20, 2015, this Court issued its Pretrial Scheduling Order.  [Doc.16]  The Pretrial Scheduling Order set

fact discovery cut off for December 3, 2015, expert disclosure discovery cut off for February 4, 2016, and June 2, 2106 as the last date to hear dispositive motions.  Finally, this Court set the trial to occur on November 14, 2016.

The parties appeared for Mediation on September 23, 2015. The parties did not reach a settlement.

North Coast Fabricators, Inc. immediately thereafter served follow-up written discovery to all plaintiffs and to defendants, Savage Logistics, LLC and Daniel Maciejewski.  Upon receipt and analysis of defendants', Savage Logistics, LLC and Daniel Maciejewski, discovery responses, North Coast Fabricators, Inc. noticed the depositions of the Savage Logistics, LLC's employees identified to date and all plaintiffs.

Savage Logistics, LLC and Daniel Maciejewski noticed the depositions of North Coast Fabricators, Inc.'s employees, Eric Simonsen and Aaron LaGasse.  The parties dispute the date and method of service of the Notices of Deposition for Eric Simonsen and Aaron LaGasse.  On November 9, 2015, Savage Logistics, LLC and Daniel Maciejewski served a Notice of Deposition directed towards North Coast Fabricators, Inc.'s "persons most knowledgeable" regarding four categories of testimony.  However, given all the other hearings and depositions on calendar for this case, and counsels' remaining case load, counsel for North Coast Fabricators, Inc. had no availability dates to prepare for and hold the depositions of the North Coast Fabricators, Inc. employees prior to discovery cut off.  The next available dates for those depositions are December 16, and 17, 2015.

1   The parties also require the depositions of plaintiffs.
2  However, the main issue of dispute at this time is liability.
3  Plaintiffs, Erica Avila, individually and as parent and
4  guardian, and Tawnya Stanley, as parent and guardian, do not
5  have knowledge of liability facts.  The parties would like to
6  complete liability discovery and wait to hold the depositions of
7  plaintiffs Erica Avila, individually and as parent and guardian,
8  and Tawnya Stanley, as parent and guardian, until after a second
9  Mediation session in an attempt to resolve this matter most
10 efficiently.

11  **II.   STPIULATION**

12  The parties stipulate and agree to hold the depositions of
13 Aaron LaGasse, Eric Simonsen and the four "persons most
14 knowledgeable" identified in the November 9, 2015 Notice of
15 Deposition on December 16 and 17, 2015.  The parties stipulate
16 that discovery cut off be continued to December 17, 2015 for the
17 limited purpose of deposing North Coast Fabricators, Inc.
18 employees Aaron LaGasse, Eric Simonsen and the four "persons
19 most knowledgeable" identified in the November 9, 2015 Notice of
20 Deposition.

21  The parties further stipulate and agree to extend discovery
22 cut off for the limited purpose of holding the depositions of
23 plaintiffs, Erica Avila, individually and as parent and
24 guardian, and Tawnya Stanley, as parent and guardian, until June
25 30, 2016.

26  All other cut off dates will follow the April 20, 2015
27 Pretrial Scheduling Order.

28  IT IS SO STIPULATED:

| | | |
|---|---|---|
| 1 | DATED:   November 23, 2015 | JENNIFER J. CAPABIANCO |
| 2 | | SELMAN BREITMAN LLP |

By: /s/*Jennifer J. Capabianco*_____
   JENNIFER J. CAPABIANCO
Attorneys for Defendant, NORTH COAST FABRICATORS, INC.

DATED:   November 24, 2015     BROWNSTEIN THOMAS LLP

By: */s/Mark C. Thomas*_____
   MARK C. THOMAS
Attorneys for Plaintiffs, ERICA AVILA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; ERICA AVILA, AS PARENT AND GUARDIAN AD LITEM FOR CB; ERICA AVILA, AS PARENT AND GUARDIAN AD LITEM FOR MB; AND PAUL AVILA

DATED:   November 24, 2015     LAW OFFICES OF STEPHEN J. GOROG

By: */s/Stephen J. Gorog*_____
   STEPHEN J. GOROG
Attorneys for Plaintiffs, ERICA AVILA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; ERICA AVILA, AS PARENT AND GUARDIAN AD LITEM FOR CB; ERICA AVILA, AS PARENT AND GUARDIAN AD LITEM FOR MB; AND PAUL AVILA

DATED: November 23, 2015          CLINTON & CLINTON

                                  By: /s/ *Marlon D'Oyen*
                                      MARLON D'OYEN
                                  Attorneys for Defendants, DANIEL
                                  MACIEJEWSKI and SAVAGE
                                  LOGISTICS, LLC

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefore, the Court makes the following revision to the Pre Trial Scheduling Order:

Fact discovery cut off is extended to December 17, 2015 for the limited purpose of deposing North Coast Fabricators, Inc. employees Aaron LaGasse, Eric Simonsen and the four "persons most knowledgeable" identified in the November 9, 2015 Notice of Deposition.

Fact discovery cut off for the limited purpose of holding the depositions of plaintiffs, Erica Avila, individually and as parent and guardian, and Tawnya Stanley, as parent and guardian, is extended to June 30, 2016.

All other cut off dates will follow the April 20, 2015 Pretrial Scheduling Order.

**IT IS SO ORDERED.**

Dated: December 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

avila2284.stip.disc.eot.ord.DOCX