UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AVILA, et al., | No. 2:14-cv-2284 TLN CKD (TEMP) |
| Plaintiffs, | |
| v. | ORDER |
| DANIEL MACIEJEWSKI, et al., | |
| Defendants. | |

On December 23, 2015, this matter came before the undersigned for hearing of defendants Savage Logistics, LLC and Daniel Maciejewski's motion for an award of sanctions against defendant North Coast Fabricators, Inc.  Attorney Mark Thomas appeared telephonically on behalf of the plaintiffs.  Attorney Marlon D'Oyen appeared in person on behalf of defendants Daniel Maciejewski and Savage Logistics, LLC.  Attorney Jennifer Capabianco appeared in person of behalf of defendant North Coast Fabricators, Inc.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that defendants' November 23, 2015 motion for sanctions (Dkt. No. 25) is denied.

Dated:  January 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\avila2284.oah.122315.docx