UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERICA AVILA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; ERICA AVILA, AS PARENT AND GUARDIAN AD LITEM FOR CB; ERICA AVILA AS PARENT AND GUARDIAN AD LITEM FOR MB; AND PAUL AVILA,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**DANIEL MACIEJEWSKI, SAVAGE LOGISTICS, LLC, and NORTH COAST FABRICATORS, INC.**<br><br>　　　　　Defendants. | NO. 2:14-CV-02284-TLN-CKD<br><br>**ORDER GRANTING MOTION TO STAY CIVIL ACTION PENDING RESOLUTION OF PARALLEL CRIMINAL PROCEEDINGS** |

DEFENDANTS, DANIEL MACIEJEWSKI AND SAVAGE LOGISTICS, LLC'S EX PARTE MOTION TO STAY CIVIL ACTION PENDING

1

RESOLUTION OF PARALLEL CRIMINAL PROCEEDINGS came before this Court on February 18, 2016. The Court has considered the Motion and the papers in support thereof, as well as Plaintiffs' oppositions to Defendants' motion. The Court has determined that the pending criminal case that is related to the instant civil action creates difficulties in Defendant Daniel Maciejewski's exercise of the privilege against self-incrimination. As such, Defendants' Motion is hereby GRANTED.

This action shall be stayed as to the above-referenced defendants pending final resolution of criminal case no. 15-01140 in the Superior Court of California, County of Shasta against Defendant, DANIEL MACIEJEWSKI.

Dated: March 7, 2016

_____
Troy L. Nunley
United States District Judge