UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AVILA, et al., | No. 2:14-cv-2284 TLN DB |
| Plaintiffs, | |
| v. | ORDER |
| DANIEL MACIEJEWSKI, et al., | |
| Defendants. | |

On September 2, 2016, this matter came before the undersigned for hearing of the parties' motions to compel. Attorney Mark Thomas appeared on behalf the plaintiffs. Attorney Patrick McIntyre appeared on behalf of defendants Daniel Maciejewski and Savage Logistics, LLC. Attorney Jennifer Capabianco appeared on behalf of defendant North Coast Fabricators, Inc.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to compel the deposition of defendant Daniel Maciejewski (Dkt. No. 53) is granted;

2. Defendant North Coast Fabricators, Inc.'s motion to compel the depositions of defendant Savage Logistics, Inc.'s disclosed experts (Dkt. No. 53) is granted; and

/////

/////

3. Defendant Savage Logistics' motion to compel the medical examination of plaintiff Paul Avila (Dkt. No. 53) is granted.[1]

Dated:  September 2, 2016

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.civil\avila2284.oah.090216

---

[1] The parties are advised that under the current scheduling order all discovery must be completed by September 30, 2016.

2