UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AVILA, et al., | No. 2:14-cv-2284 TLN DB |
| Plaintiffs, | |
| v. | ORDER |
| DANIEL MACIEJEWSKI, et al., | |
| Defendants. | |

On September 7, 2016, defendants Daniel Maciejewski and Savage Logistics, LLC filed ten motions to compel and noticed those motions for hearing before the undersigned on September 30, 2016.  (Dkt. Nos. 56-65.)  Defendants' motions seek production of various types of discovery within five days of the September 30, 2016 hearing.  (See Dkt. No. 56-4 at 2; Dkt. No. 59-4 at 2; Dkt. No. 65-4 at 2.)

However, on June 15, 2016, the assigned District Judge issued an Amended Pretrial Scheduling Order, which provides that "[a]ll discovery shall be completed by September 30, 2016."  (Dkt. No. 51 at 2.)  Moreover, the order explains that:

> . . . "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

/////

1

(Id.)  In this regard, there is not sufficient time remaining in the discovery period for the undersigned to hear defendants' motions on September 30, 2016, order the production of discovery, and for that order to be obeyed.

Accordingly, IT IS HEREBY ORDERED that defendants' September 7, 2016 motions to compel (Dkt. Nos. 56-65) are denied without prejudice as untimely and the September 30, 2016 hearings are vacated.

Dated:  September 26, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.civil\avila2284.disc.den.ut.ord