MARK C. THOMAS (SBN 215580)
BROWNSTEIN THOMAS, LLP
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
(415) 986-1338
mark@brownsteinthomas.com

STEPHEN J. GOROG (SBN 207788)
LAW OFFICE OF STEPHEN J. GOROG
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
(415) 986-1338
sgorog@sjglawoffice.com

ATTORNEYS FOR
Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AVILA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; ERICA AVILA, AS PARENT AND GUARDIAN AD LITEM FOR CB; ERICA AVILA AS PARENT AND GUARDIAN AD LITEM FOR MB; AND PAUL AVILA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DANIEL MACIEJEWSKI; SAVAGE LOGISTICS, LLC; AND NORTH COAST FABRICATORS, INC.<br><br>　　　　Defendants. | Case No.:  2:14−CV−02284−TLN−DAD<br><br>**ORDER RE: APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINORS COLTON A. AND CHASE A.**<br><br>JUDGE:　　　　TROY L. NUNLEY<br>COURTROOM:　2<br>DATE:　　　　　January 26, 2017<br>TIME:　　　　　2:00 p.m. |

　　　The Court finds it is reasonable and necessary to appoint a Guardian ad Litem for the persons herein named in this application as requested.

///

1

1       The Court hereby **ORDERS** Tawnya Stanley guardian ad litem for Colton A. and Chase
2 A.

4 Dated: December 28, 2016

6       Troy L. Nunley
7       United States District Judge