UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AVILA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; TAWNYA STANLEY, AS PARENT AND GUARDIAN AD LITEM FOR CA; ERICA AVILA, AS PARENT AND GUARDIAN AD LITEM FOR CB; ERICA AVILA AS PARENT AND GUARDIAN AD LITEM FOR MB; AND PAUL AVILA,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL MACIEJEWSKI; SAVAGE LOGISTICS, LLC; AND NORTH COAST FABRICATORS, INC.<br><br>Defendants. | No.: 2:14−cv−02284−TLN−DB<br><br>**ORDER GRANTING PETITION TO APPROVE MINOR'S COMPROMISE** |

Based on the request by Plaintiff/Petitioner through her counsel of record, and good cause appearing, it is hereby ordered that:

The Minor's Compromise Petition filed herein on behalf of Chase A. is hereby **GRANTED**.

Dated: January 20, 2017

Troy L. Nunley
United States District Judge